WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 01-1144-9-PHX-FJM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Jose Luis Montoya, | ) | |
| Defendant. | ) | |

A detention hearing and a preliminary revocation hearing on the Superseding Petition on Probation were held on August 23, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 27th day of Aug, 2007.

Lawrence O. Anderson
United States Magistrate Judge